AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   3:23-cr-00129
)
Information Associated with the TARGET ACCOUNT )
that is Stored at Premises Controlled by Apple Inc. )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Information associated with TARGET ACCOUNTS, as set forth more fully in the affidavit of Special Agent Kimberly Murray and Attachment A thereto, which is stored at premises controlled by Apple Inc.

located in the    Northern    District of    California   , there is now concealed *(identify the person or describe the property to be seized)*:

Information associated with TARGET ACCOUNT that constitutes evidence of violations of law set forth below, as more fully described in Attachment B to the affidavit of Special Agent Kimberly Murray.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030 | Unauthorized access, extortion, fraud related to computers |
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1956 | Money laundering |

The application is based on these facts:
See attached affidavit of Special Agent Kimberly Murray.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kimberly Murray, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference (Facetime app) ~~telephone~~ *(specify reliable electronic means)*.

Date: March 1, 2022

*Judge's signature*

City and state:   Columbia, South Carolina            Paige Jones Gossett, U.S. Magistrate Judge
*Printed name and title*